B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| District of Delaware | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dayton Superior Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Please see Attachment 1** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**31-0676346** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>**7777 Washington Village Drive, Suite 130<br>Dayton, Ohio**<br>ZIP CODE **45459** | Street Address of Joint Debtor (No. and Street, City, and State):<br>N/A<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Montgomery County, Ohio** | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>N/A<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>N/A<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>N/A<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☑ Chapter 11      Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                         Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer    ☑ Debts are primarily<br>debts, defined in 11 U.S.C.            business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B 1 (Official Form 1) (1/08)                                                                                    Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Dayton Superior Corporation |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:  NONE | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District:  **District of Delaware** | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☑  Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

          _____
          (Name of landlord that obtained judgment)

          _____
          (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08)

| | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Dayton Superior Corporation** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X *John H. Knight*
Signature of Attorney for Debtor(s)

*John H. Knight*
Printed Name of Attorney for Debtor(s)

Firm Name
Richards, Layton & Finger, P.A.

Address
920 North King Street
Wilmington, Delaware 19801

Telephone Number 302-651-7700

Date 4/19/2009

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Edward J. Puisis
Printed Name of Authorized Individual
Chief Financial Officer
Title of Authorized Individual

_____
Date

**ATTACHMENT 1**

On December 31, 2004, the following entities were merged with and into Dayton Superior Corporation:

1. Aztec Concrete Accessories, Inc.

2. Dayton Superior Specialty Chemical Corporation

3. Dur-O-Wal, Inc.

4. Southern Construction Products, Inc.

5. Symons Corporation

6. Trevecca Holdings, Inc.

If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------- x
In re:                                                      :   Chapter 11
                                                            :
Dayton Superior Corporation, 1                              :   Case No. 09-[_____]-(___)
a Delaware corporation,                                     :
                                                            :
         Debtor.                                            :
----------------------------------------------------------- x
```

## EXHIBIT "A" TO VOLUNTARY PETITION

1.       If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 1-11781.

2.       The following financial data is the latest available information and refers to the debtor's condition on February 27, 2009.

| | |
|---|---|
| a.  Total assets | $288,709,000 |
| b.  Total debts | $405,867,000 |
| c.  Debt securities held by more than 500 holders: | None |

| | Total Shares | Approximate Number of Holders |
|---|---|---|
| d.  Number of shares of Preferred Stock | None | N/A |
| e.  Number of shares of Common Stock[2] | 19,070,679 | 100[3] |

3.       *Brief description of debtor's business*:  Dayton Superior Corporation manufactures, markets and distributes specialized products consumed in non-residential construction.

4.       *List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the debtor*:[4]  Odyssey Investment Partners Fund, LP; Morgan Stanley

---

[1] The last four digits of the Debtor's federal tax identification number are: EIN: 31-0676346.  The Debtor's mailing address is 7777 Washington Village Dr., Suite 130, Dayton, Ohio 45459.

[2] Number of shares issued and outstanding as of March 31, 2009.

[3] As of February 26, 2009.

[4] As of December 31, 2008.

**RESOLUTIONS ADOPTED BY UNANIMOUS WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF
DAYTON SUPERIOR CORPORATION**

April 19, 2009

The undersigned, being all of the directors on the Board of Directors (the "Board") of Dayton Superior Corporation, a Delaware corporation, (the "Company"), hereby execute this Unanimous Written Consent for the purpose of adopting the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware:

WHEREAS, the Board has determined that it is desirable and in the best interests of the Company, its creditors, stockholders, and other interested parties, that a voluntary petition (the "Chapter 11 Case") be filed by the Company to seek relief under the provisions of Chapter 11 of the United States Code (the "Bankruptcy Code").

NOW THEREFORE BE IT RESOLVED that each "proper officer" (as defined below) of the Company shall be, and hereby is, authorized and directed on behalf of the Company to execute and verify said petition in the name of the Company under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court in such form and at such time as the officer executing said petition shall determine; and it is further

RESOLVED that each proper officer be, and hereby is, authorized and directed on behalf of the Company to execute and verify the necessary documents in the name of the Company in such form and at such time as the proper officer executing said petition shall determine; and it is further

RESOLVED, that each proper officer be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to take all actions necessary or appropriate for the Company to obtain postpetition financing according to the terms negotiated by such proper officer, including under one or more debtor-in-possession credit facilities, and to effectuate the foregoing, to enter into such loan agreements, documents, notes, guaranties, security agreements, pledge agreements and all other documents, agreements or instruments (collectively, the "Credit Documents") as may be deemed necessary or appropriate by the proper officer; and it is further

RESOLVED that each proper officer be, and hereby is, authorized, directed and empowered, with full power of delegation, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all Credit Documents, petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith to employ and

retain all assistance by legal counsel, accountants or other professionals and to take any and all actions which the proper officer deems necessary and proper in connection with the Chapter 11 Case or with any post-petition financing, contemplated hereby; and it is further

RESOLVED that each proper officer be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain the law firms of Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022 and Richards Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, as attorneys for the Company in connection with the Chapter 11 Case or the negotiation of any post-petition financing or any Credit Documents, as the case may be; and it is further

RESOLVED that each proper officer be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, financial, accounting and bankruptcy services firms (together with Latham & Watkins LLP and its affiliates and Richards Layton & Finger, P.A., the "Professionals") as may be deemed necessary or appropriate by the proper officer; and it is further

RESOLVED that all acts lawfully done or actions lawfully taken by any officer of the Company or any of the Professionals to seek relief on behalf of the Company under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case in connection with such proceedings, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

RESOLVED that each proper officer be, and hereby is, authorized and empowered, with full power of delegation, for and in the name and on behalf of the Company to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and it is further

RESOLVED that each proper officer be, and hereby is, authorized, with full power of delegation, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses, as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

RESOLVED that for the purposes of these resolutions, the "proper officers" of the Company shall be the Chief Executive Officer and the Chief Financial Officer.

*[Remainder of page intentionally left blank]*

**IN WITNESS WHEREOF,** the undersigned, constituting all of the members of the Board of Directors of the Company, have executed this Unanimous Written Consent as of the date first set forth above.

_____
STEPHEN BERGER

_____
STEVEN M. BERZIN

_____
JOSEPH D. HINKEL

_____
WILLIAM F. HOPKINS

_____
SIDNEY J. NURKIN

_____
DOUGLAS W. ROTATORI

_____
ERIC R. ZIMMERMAN

NY\1516161.4

**IN WITNESS WHEREOF,** the undersigned, constituting all of the members of the Board of Directors of the Company, have executed this Unanimous Written Consent as of the date first set forth above.

_____                 _____
STEPHEN BERGER                                    SIDNEY J. NURKIN

_____                 _____
STEVEN M. BERZIN                                  DOUGLAS W. ROTATORI

_____
JOSEPH D. HINKEL                                  ERIC R. ZIMMERMAN

_____
WILLIAM F. HOPKINS

NY\1516161.4

**IN WITNESS WHEREOF,** the undersigned, constituting all of the members of the Board of Directors of the Company, have executed this Unanimous Written Consent as of the date first set forth above.

---

STEPHEN BERGER

---

SIDNEY J. NURKIN

---

STEVEN M. BERZIN

---

DOUGLAS W. ROTATORI

---

JOSEPH D. HINKEL

---

ERIC R. ZIMMERMAN

---

WILLIAM F. HOPKINS

NY\1516161.4

**IN WITNESS WHEREOF,** the undersigned, constituting all of the members of the Board of Directors of the Company, have executed this Unanimous Written Consent as of the date first set forth above.

_____
STEPHEN BERGER

_____
SIDNEY J. NURKIN

_____
STEVEN M. BERZIN

_____
DOUGLAS W. ROTATORI

_____
JOSEPH D. HINKEL

_____
ERIC R. ZIMMERMAN

_____
WILLIAM F. HOPKINS

**IN WITNESS WHEREOF,** the undersigned, constituting all of the members of the Board of Directors of the Company, have executed this Unanimous Written Consent as of the date first set forth above.

_____          _____
STEPHEN BERGER                       SIDNEY J. NURKIN

_____          _____
STEVEN M. BERZIN                     DOUGLAS W. ROTATORI

_____          _____
JOSEPH D. HINKEL                     ERIC R. ZIMMERMAN

_____
WILLIAM F. HOPKINS

**IN WITNESS WHEREOF,** the undersigned, constituting all of the members of the Board of Directors of the Company, have executed this Unanimous Written Consent as of the date first set forth above.

_____

STEPHEN BERGER

_____

SIDNEY J. NURKIN


_____

STEVEN M. BERZIN

_____

DOUGLAS W. ROTATORI


_____

JOSEPH D. HINKEL

_____

ERIC R. ZIMMERMAN


_____

WILLIAM F. HOPKINS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) ) | Chapter 11 |
| DAYTON SUPERIOR CORPORATION, a Delaware corporation,[1] | ) ) ) | Case No. 09-_____ (    ) |
| Debtor. | ) ) ) | |

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

The following is a list (the "**List of Creditors**") of creditors holding the twenty largest unsecured claims against Dayton Superior Corporation, a debtor in the above-captioned case (the "**Debtor**"). The List of Creditors reflects estimated amounts owed by the Debtor as of April 15, 2009 and may not reflect the actual amounts owing by the Debtor as of the Petition Date.

The Debtor takes no position at this time regarding whether any of the parties included in the List of Creditors are "insiders" of the Debtor, as that term is defined in section 101(31) of title 11 of the United States Code (the "**Bankruptcy Code**"), and the inclusion or exclusion of any party on this List of Creditors shall not constitute an admission by, nor shall it be binding on, the Debtor in any respect. The Debtor expressly reserves the right, in its sole discretion, to challenge the validity, priority and/or amount of any obligations reflected herein.

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and fax number of employee, agent or department of creditor familiar with claim | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| The Bank of New York Mellon Trust Company, N.A. Global Corporate Trust 2 N. LaSalle Street, Ste 1020 Chicago, IL 60602 | Roxane J. Ellwanger P: 312-827-8574 F: 312-827-8542 | Note Debt | | $161,470,450.50 |
| US Bank Corporate Trust Services, Mail Code: EP- | Matthew Mankowski | Note Debt | | $1,028,104.00 |

---

[1] The last four digits of the Debtor's federal tax identification number are: EIN: XX-XXX6346. The Debtor's mailing address is 7777 Washington Village Dr., Suite 130, Dayton, Ohio 45459.

| MN-WS3T, 60 Livingston Avenue, St. Paul, MN 55107 | P: 651-495-3805 F: 651-495-8141 | | | |
|---|---|---|---|---|
| Keystone Steel and Wire 7000 S.W. Adams Street Peoria, Il 61641 | Brett Grieder P: 309-697-7755 F: 309-697-7422 | Trade Debt | | $770,219.13 |
| Morgan Stanley & Company, Incorporated One New York Plaza, 7th Floor New York, NY 10004 | Richard Hanson F: 212-507-4824 | Professional Services | | $619,199.61 |
| Gerdau Ameristeel 4221 W. Boy Scout Blvd Suite 600 Tampa FL 33607 | Harold Fernandez P: 813-207-2249 | Trade Debt | | $514,117.23 |
| Equipment Depot of Illinois 2545 Northwest Parkway Elgin, IL 60124 | Kenneth Miller P: 847-836-5005 F: 847-836-8691 | Trade Debt | | $390,214.47 |
| Valley Machining 1250 22nd Ave. P.O. Box 155 Rock Valley, IA 51247 | Clare VanDis P: 712-746-9870 F: 712-476-2829 | Trade Debt | | $305,238.48 |
| Ulma Form Works, Inc. 58 Fifth Avenue Hawthorne, NJ 07506 | Matt Slaughter P: 317 554 7879 F: 973-636-2045 | Trade Debt | | $263,170.39 |
| De Acero S.A de C.V. Av. Lazaro Cardenas No. 2333 Col. Valle Oriente Garza Garcia, NL 66260 Mexico | Antonio Oliveros P:52(81)83681293 F:52(81)83681179 | Trade Debt | | $262,739.97 |
| Olympic Panel Products 204 E. Railroad Avenue P.O. Box 640 Shelton, WA 98584 | Jim Zmudka P: 800-445-2442 F: 360-432-5080 | Trade Debt | | $202,657.92 |
| Imperial Capital 2000 Avenue of the | Dan Guay P: 310-246-3749 | Professional Services | | $200,000.00 |

| | | | | |
|---|---|---|---|---|
| Americas<br>9th Floor South<br>Los Angeles, CA 90067 | F: 310-246-3794 | | | |
| Kerneos Inc.<br>1316 Priority Lane<br>Chesapeake, VA 23324 | Bob Turner<br>P: 757-332-0832<br>F: 757-284-3300 | Trade Debt | | $169,073.30 |
| Thompson Hine LLP<br>2000 Courthouse Plaza, NE<br>10 W. Second Street<br>Dayton, OH 45402 | David A.<br>Neuhardt<br>P: 937-443-6675<br>F: 937-443-6635 | Professional<br>Services | | $156,097.82 |
| Monarch Cement Co.<br>449 1200 Street<br>Humboldt, KS 66748 | F: 620-473-3882 | Trade Debt | | $142,728.19 |
| Deloitte & Touche LLP<br>1700 Courthouse Plaza NE<br>Dayton, Ohio 45402-1788 | Sandra<br>Worthington<br>P: 937-443-5449<br>F: 937-223-8583 | Professional<br>Services | | $138,208.95 |
| Alsina Forms Co., Inc.<br>511 W Armory Drive<br>South Holland, IL 60473 | Peter Coll<br>P: 708 825 9340<br>F: 708-825-9345 | Trade Debt | | $133,141.80 |
| Shanghai VEI Electric<br>No. 2085 Xinfeng Rd.<br>Fengcheng, Fengxian,<br>Shanghai | Fang Jian Jun<br>P: 021-33752785<br>F: 021-33752856 | Trade Debt | | $132,600.56 |
| Namasco, a Division of<br>Klockner<br>500 Colonial Center<br>Parkway<br>Suite 500<br>Roswell, GA 30076 | Wallis Green<br>P: 512-560-6932<br>F: 678-259-8873 | Trade Debt | | $125,748.03 |
| W.R. Grace Co.<br>62 Whittemore Avenue<br>Cambridge, Ma 02140 | Patricia Derderian<br>P: 617-498-4351 | Trade Debt | | $118,250.65 |
| Barton Solvents<br>901 S 66th Terrace<br>Kansas City, Ks 66111 | Donna Walters<br>P: 913-287-5500 | Trade Debt | | $108,233.23 |

| | | | | |
|---|---|---|---|---|
| Unitex<br>3101 Gardner<br>Kansas City, MO 64120 | Leighann Jones<br>P: 816-231-7700<br>F: 816-483-3149 | Trade Debt | | $99,341.38 |
| Microsoft Licensing, GP<br>6100 Neil Road, Suite 100<br>Reno, NV 89511 | F: 425-708-6150 | Trade Debt | | $89,508.75 |
| Mostardi Platt<br>Environmental<br>1520 Kensington Road<br>Suite 204<br>Oak Brook, IL 60523 | Britt Wenzel<br>P: 630-993-2123<br>F: 630-993-9017 | Professional<br>Services | | $86,746.89 |
| Ixmation, Inc.<br>471 Fox Court<br>Bloomingdale, IL 60108 | Dave Brown<br>P: 630-351-3000<br>F: 630-671-2625 | Trade Debt | | $77,889.00 |
| Marchem Corporation<br>2500 Adie Road<br>Maryland Heights, MO<br>63043 | Sandy Wool<br>P: 314-872-8700<br>F: 314-872-8750 | Trade Debt | | $76,132.88 |
| Group 365 Chicago, LLC<br>139 Raven Lane<br>Bloomingdale, IL 60108 | Bill Kimball<br>P: 630-671-0365<br>F: 630-671-0366 | Marketing | | $75,683.57 |
| Primex Plastic Corporation<br>1235 North F Street<br>Richmond, Indiana, 47374 | Kevin Snyder<br>P: 800-222-5116<br>F: 765-935-1083 | Trade Debt | | $75,540.58 |
| Lucent Polymers LLC<br>605 West Eichel<br>Evansville, IN 47710 | Susan Townsend<br>P: 812-421-2216<br>F: 812-422-7870 | Trade Debt | | $70,466.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
Dayton Superior Corporation, [1]                                   :   Case No. 09-[_____]-(____)
a Delaware corporation,                                            :
                                                                   :
       Debtor.                                                     :
------------------------------------------------------------------ x
```

**DECLARATION CONCERNING THE DEBTOR'S LIST OF CREDITORS
HOLDING THE 20 LARGEST UNSECURED CLAIMS**

      I, Edward J. Puisis, Chief Financial Officer of Dayton Superior Corporation, declare under penalty of perjury that I have reviewed the foregoing List of Creditors Holding the 20 Largest Unsecured Claims and that the information contained therein is true and correct to the best of my information and belief.

Dated:  April 17, 2009

          Name:  Edward J. Puisis
          Title:   Chief Financial Officer

---

[1] The last four digits of the Debtor's federal tax identification number are: EIN: 31-0676346.  The Debtor's mailing address is 7777 Washington Village Dr., Suite 130, Dayton, Ohio 45459.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------------- x
In re:                                            :   Chapter 11
                                                  :
Dayton Superior Corporation, [1]                  :   Case No. 09-[_____]-(____)
a Delaware corporation,                           :
                                                  :
        Debtor.                                   :
----------------------------------------------------------------------- x
```

### DECLARATION CONCERNING THE DEBTOR'S CREDITOR MATRIX

I, Edward J. Puisis, Chief Financial Officer of Dayton Superior Corporation, declare under penalty of perjury that I have reviewed the Creditor Matrix of the above-captioned Debtor, filed concurrently herewith, and that the information contained therein is true and correct to the best of my information and belief.

Dated: April 17, 2009

Name:  Edward J. Puisis
Title:   Chief Financial Officer

---

[1] The last four digits of the Debtor's federal tax identification number are: EIN: 31-0676346. The Debtor's mailing address is 7777 Washington Village Dr., Suite 130, Dayton, Ohio 45459.

NY\1522010.4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **DAYTON SUPERIOR CORPORATION,** | ) | Case No. 09-_____ (    ) |
| a Delaware corporation,[1] | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

The Equity Security Holders of the Debtor in the above-captioned case are:

| Name | Address | Equity Holdings |
|---|---|---|
| American Enterprise Investment Services Inc. | c/o Rebecca Strand<br>2178 AXP Financial Center<br>Minneapolis, MN 55474 | 33,709 shares of common stock |
| Ameriprise Advisor Services, Inc. | c/o Mike Kohler<br>751 Griswold Street<br>Detroit, MI 48226 | 5,600 shares of common stock |
| Baird (Robert W.) & Co Incorporated | c/o Sara R. Blankenheim<br>777 E. Wisconsin Avenue<br>Milwaukee, WI 53202 | 854,155 shares of common stock |
| Bank of America, NA/ GWIM Trust Operations | c/o Carla V. Brooks<br>411 N. Akard<br>5th Floor<br>Dallas, TX 75201 | 200 shares of common stock |
| Blackmont Capital Inc. | Client Services<br>c/o ADP Proxy Services<br>51 Mercedes Way<br>Edgewood, NY 11717 | 1,000 shares of common stock |
| BMO Nesbitt Burns Inc. | c/o Louise Torangeau<br>1 First Canadian Place<br>13th Floor | 10,249 shares of common stock |

---

[1]  The last four digits of the Debtor's federal tax identification number are:  EIN: XX-XXX6346.  The Debtor's mailing address is 7777 Washington Village Dr., Suite 130, Dayton, Ohio 45459.

| | P.O. Box 150<br>Toronto, ON CA M5X 1H3 | |
|---|---|---|
| BNP Paribas Securities Corp. | c/o Helen Kelly<br>555 Croton Road<br>King of Prussia, PA 19406 | 300 shares of common stock |
| Brown Brothers Harriman & Co. | c/o Dorota Malkiewicz<br>525 Washington Boulevard<br>New Port Towers<br>Jersey City, NJ 07302 | 28,502 shares of common stock |
| Canaccord Capital Corporation | c/o Alma Goca<br>P.O. Box 10337, Pacific Center<br>2200-609 Granville Street<br>Vancouver, BC CA V7Y 1H2 | 1,630 shares of common stock |
| Charles Schwab & Co., Inc. | c/o Ronnie Fuiava<br>Attn. Proxy Department<br>211 Main Street<br>San Francisco, CA 94105 | 689,427 shares of common stock |
| CIBC World Markets Inc. | c/o Jerry Nicastro<br>161 Bay St., 10th Floor<br>Toronto, ON CA M5J 258 | 16,140 shares of common stock |
| Citadel Derivatives Group LLC | c/o Marcia Banks<br>131 South Dearborn Street<br>Chicago, IL 60603 | 1,238 shares of common stock |
| Citibank, N.A. | c/o Sandra Hernandez<br>3800 Citibank Center B3-12<br>Tampa, FL 33610 | 22,800 shares of common stock |
| Citigroup Global Markets Inc. | c/o Pat Haller<br>111 Wall Street<br>New York, NY 10005 | 99,407 shares of common stock |
| Clearview Correspondent Services, LLC | c/o Linda Miller<br>8006 Discovery Drive<br>Richmond, VA 23229 | 6,000 shares of common stock |
| Custodial Trust Company | c/o Dawn Eike<br>101 Carnegie Center<br>Princeton, NJ 08540 | 972 shares of common stock |

| | | |
|---|---|---|
| D.A. Davidson & Co. | c/o Rita Linskey<br>P.O. Box 5015<br>Great Falls, MT 59403 | 300 shares of common stock |
| Davenport & Company LLC | C/O Kim Nieding<br>901 East Car Street<br>11th Floor<br>Richmond, VA 23219 | 2,500 shares of common stock |
| Desjardins Securities Inc. | c/o Martine Blais<br>2 Complexe Desjardins,<br>E. Tower, 15th Floor<br>P.O. Box 394 Desjardins<br>Station<br>Montreal, QC CA H5B 1J2 | 920 shares of common stock |
| Deutsche Bank Securities Inc. | c/o Ray Conte<br>1251 Avenue of the Americas<br>New York, NY 10020 | 8241 shares of common stock |
| Dresdner Kleinwort Securities LLC | c/o ADP Proxy Services<br>[Address not provided] | 248,600 shares of common stock |
| E*Trade Cap Mkts/ CHXL Trading | c/o Erika Diliberto<br>One Financial Place<br>Suite 3030<br>330 S. LaSalle Street<br>Chicago, IL 60605 | 8,700 shares of common stock |
| E*Trade Clearing LLC | c/o Brian Lemargie<br>10951 White Rock Road<br>Rancho Cordova, CA 95670 | 445,021 shares of common stock |
| Edward D. Jones & Co. | c/o Cheryl Boseman<br>700 Maryville Center Drive<br>St. Louis, MO 63141 | 34,574 shares of common stock |
| Emmett A. Larkin Company, Inc. | c/o Cindee Dugan<br>911 N. Loop 281<br>Suite 411<br>Longview, TX 75604 | 5,000 shares of common stock |
| Ferris, Baker Watts, Incorporated | c/o Gail Tiggle<br>8403 Colesville Road<br>Suite 900<br>Silver Spring, MD 20910 | 18,000 shares of common stock |

| First Clearing, LLC | c/o Kristie Daniel<br>One North Jefferson Street<br>St. Louis, MO 63103 | 615,355 shares of common stock |
|---|---|---|
| Folio (FN) Investments, Inc. | c/o Jim Detwiler<br>800 Towers Cresent Drive<br>Vienna, VA 22182 | 8,250 shares of common stock |
| Genesis Securities, LLC | c/o Bob Nazario<br>50 Broad Street<br>2nd Floor<br>New York, NY 10004 | 1,350 shares of common stock |
| Global Securities Corp./CDS | c/o Joya Baba<br>3 Bentall Centre<br>595 Burrard Street<br>11th Floor<br>Vancouver V7X 1C4<br>BC 00000 | 5,500 shares of common stock |
| Goldman Sachs Execution & Clearing, L.P. | c/o Anthony Bruno<br>30 Hudson Street<br>Proxy Department<br>Jersey City, NJ 07302-4699 | 5,717 shares of common stock |
| Goldman Sachs International | c/o Vanessa Camardo<br>30 Hudson Street<br>Proxy Department<br>Jersey City, NJ 07302 | 400 30 Hudson Street<br>Proxy Department<br>Jersey City, NJ 07302 |
| Goldman, Sachs & Co. | c/o Vanessa Camardo<br>30 Hudson Street<br>Proxy Department<br>Jersey City, NJ 07302 | 383 shares of common stock |
| HSBC Securities (Canada) Inc. | c/o Jaegar Barrymore<br>105 Adelaide St., West<br>Suite 1200<br>Toronto, ON CA M5H 1P9 | 3,000 shares of common stock |
| Interactive Brokers Retail Equity Clearing | [Participant contact not found] | 13,415 shares of common stock |
| J.J.B. Hilliard, W.L. Lyons Inc. | Kevin Medico<br>c/o ADP Proxy Services<br>51 Mercedes Way | 13,309 shares of common stock |

| | Edgewood, NY 11717 | |
|---|---|---|
| J.P. Morgan Clearing Corp. | c/o Vincent Marzella<br>One Metrotech Center North<br>4th Floor<br>Brooklyn, NY 11201-3862 | 22,646 shares of common stock |
| Janney Montgomery Scott LLC | c/o Regina Lutz<br>1801 Market Street<br>9th Floor<br>Philadelphia, PA 19103-1675 | 7,550 shares of common stock |
| Jefferies & Company, Inc. | c/o Charles Errigo<br>Harborside Financial Center<br>705 Plaza 3<br>Jersey City, NJ 07311 | 4,642 shares of common stock |
| JPMorgan Chase Bank, National Association | c/o Sanjay Ghuliani<br>Paradigm, B Wing, Floor 6<br>Mindspace, MALAD (W)<br>Mumbai 400 064 INDIA | 733,243 shares of common stock |
| King (C.L.) & Associates Inc. | c/o Carrie Bush<br>9 Elk Street<br>Albany, NY 12207 | 32,000 shares of common stock |
| Legent Clearing LLC | c/o Shawn Brown<br>9300 Underwood Avenue<br>Suite 400<br>Omaha, NE 68114 | 96,202 shares of common stock |
| Lehman Brothers, Inc. | c/o Jim Gardiner<br>Reorg<br>70 Hudson<br>Jersey City, NJ 07302 | 1,786 shares of common stock |
| LEK Securities Corporation | c/o Daniel Hanuka<br>140 Broadway<br>29th Floor<br>New York, NY 10005 | 400 shares of common stock |
| LPL Financial Corporation | c/o Rosann Tanner<br>9785 Towne Center Drive<br>San Diego, CA 92121-1968 | 3,000 shares of common stock |
| M&I Marshall & Isley Bank | Issuer Services<br>c/o ADP Proxy Services | 13,200 shares of common stock |

| | 51 Mercedes Way<br>Edgewood, NY 11717 | |
|---|---|---|
| Marsco Investment Corporation | c/o Karen Jacobsen<br>101 Eisenhower Parkway<br>Roseland, NJ 07068 | 250 shares of common stock |
| Merrill Lynch, Pierce Fenner & Smith Incorporated | c/o Veronica E. O'Neill<br>101 Hudson Street<br>8th Floor<br>Jersey City, NJ 07302 | 135,646 shares of common stock |
| Merrill Lynch, Pierce Fenner & Smith Incorporated | c/o Veronica E. O'Neill<br>101 Hudson Street<br>8th Floor<br>Jersey City, NJ 07302 | 5,197 shares of common stock |
| Morgan Stanley & Co. Incorporated | c/o Michelle Ford<br>901 South Bond Street<br>6th Floor<br>Baltimore, MD 21231 | 1,803 shares of common stock |
| Morgan Stanley & Co. Incorporated/Retail | c/o John Stahlman<br>Harborside Financial Center<br>Plaza 3, 4th Floor<br>Jersey City, NJ 07311 | 231,544 shares of common stock |
| Morgan, Keegan & Company, Inc. | c/o Carol Antley<br>50 North Front Street<br>Memphis, TN 38103 | 1,000 shares of common stock |
| National Financial Services LLC | c/o Lou Trezza<br>200 Liberty Street<br>New York, NY 10281 | 866,017 shares of common stock |
| NBCN Inc. | c/o Daniel Ntap<br>1010 Rue De La Gauchetiere<br>Street West, Suite 1925<br>Montreal, QC CA H3B 5J2 | 12,185 shares of common stock |
| Northern Trust Company (The) | c/o Robert Valentin<br>Attn: Capital Structures- C1N<br>801 S Canal Street<br>Chicago, IL 60607 | 31,400 shares of common stock |
| Oppenheimer & Co. Inc. | c/o Oscar Mazario<br>125 Broad Street, 15th Floor | 302,166 shares of common stock |

| | New York, NY 10004 | |
|---|---|---|
| Optionsxpress, Inc. | c/o Scott Johnson<br>311 W. Monroe Street<br>Chicago, IL 60606 | 37,672 shares of common stock |
| Penson Financial Services, Inc. | c/o James McGrath<br>1700 Pacific Avenue<br>Suite 1400<br>Dallas, TX 75201 | 70,168 shares of common stock |
| Penson Financial Services, Inc. | c/o Robert McPhearson<br>330 Bay Street, Suite 711<br>Toronto, ON CA M5H 2S8 | 19,594 shares of common stock |
| Pershing LLC | c/o Al Hernandez<br>Securities Corporation<br>1 Pershing Plaza<br>Jersey City, NJ 07399 | 495,629 shares of common stock |
| Piper Jaffray & Co. | c/o John O'Brien<br>800 Nicollet Mall<br>J2012087, Recon Ctl<br>Minneapolis, MN 55402 | 3,000 shares of common stock |
| Raymond, James & Associates, Inc. | c/o Mike Dillard<br>880 Carilion Parkway<br>P.O. Box 12749<br>St. Petersburg, FL 33716 | 23,500 shares of common stock |
| RBC Capital Markets Corporation | c/o Steve Schafer Sr.<br>510 Marquette Avenue South<br>Minneapolis, MN 55402 | 4,000 shares of common stock |
| RBC Dominion Securities, Inc. | c/o Karen Oliveres<br>200 Bay Street, 6th Floor<br>Royal Bank Plaza North Tower<br>Toronto, ON CA M5J 2W7 | 7,421 shares of common stock |
| Ridge Clearing & Outsourcing Solutions, Inc. | c/o Matt Freifeld<br>55 Water Street, 32nd Floor<br>New York, NY 10041 | 7,421 shares of common stock |
| Scotia Capital Inc. | c/o Normita Ramirez<br>P.O. Box 4085 | 3,690 shares of common stock |

| | Station "A"<br>Toronto, ON CA M5W 2X6 | |
|---|---|---|
| Scottrade, Inc. | c/o ADP Proxy Services<br>[Address not provided] | 430,021 shares of common stock |
| Southwest Securities, Inc. | c/o Christina Finzen<br>1201 Elm Street<br>Suite 3700<br>Dallas, TX 75270 | 8,537 shares of common stock |
| State Street Bank and Trust Company | c/o Paul Desharnais<br>1776 Heritage Drive<br>North Quincy, MA 02171 | 820,700 shares of common stock |
| Stephens, Inc. | c/o Linda Thompson<br>111 Center Street, 4th Floor<br>Little Rock, AR 72201-4402 | 3,500 shares of common stock |
| Stifel, Nicolaus & Company Incorporated | c/o Chris Wiegand<br>501 N. Broadway 7th Floor<br>Stock Record Department<br>St. Louis, MO 63102 | 5,500 shares of common stock |
| TD Ameritrade Clearing, Inc. | c/o Gary Swain<br>1005 Ameritrade Place<br>Bellevue, NE 68005 | 597,927 shares of common stock |
| TD Waterhouse Canada Inc. | c/o Beverly Adams<br>60 North Windplace<br>Scarborough, ON CA M1S 5L4 | 39,242 shares of common stock |
| Terra Nova Financial, LLC | c/o Ray Burley<br>100 S. Wacker Drive<br>Suite 1550<br>Chicago, IL 60606 | 1,280 shares of common stock |
| The Bank of New York Mellon | c/o Michael Kania<br>525 William Penn Place<br>Pittsburgh, PA 15259 | 78,562 shares of common stock |
| The Bank of New York/ Mellon Trust of New England, National Association | c/o Melissa Tarasovich<br>BNY Mellon Asset Servicing<br>525 William Penn Place, Suite 0400 | 68,594 shares of common stock |

| | Pittsburgh, PA 15259 | |
|---|---|---|
| The Bank of New York Mellon/ MID CAP SPDRS | c/o Michael Kania<br>525 William Penn Place<br>Pittsburgh, PA 15259 | 6,746 shares of common stock |
| Timber Hill LLC | c/o Maria Tardio<br>1 Pickwick Plaza<br>Greenwich, CT 06830 | 6,205 shares of common stock |
| Tradestation Securities, Inc. | c/o Rick Gordon<br>8050 SW 10th Street<br>Suite 2000<br>Plantation, FL 33324 | 5,146 shares of common stock |
| U.S. Bank N.A. | c/o Tim Randall<br>Attn:  Securities Control<br>1555 N. Rivercenter Drive<br>Suite 302<br>Milwaukee, WI 53212 | 8,810 shares of common stock |
| UBS Financial Services Inc. | c/o Jane Flood<br>1200 Harbor Boulevard<br>Weehawken, NJ 07086 | 109,153 shares of common stock |
| UBS Securities LLC | c/o John Malloy<br>480 Washington Boulevard<br>Jersey City, NJ 07310 | 1,065 shares of common stock |
| UBS Securities LLC/ Securities Lending | c/o Joseph Somma<br>677 Washington Boulevard<br>Stamford, CT 06902 | 26 shares of common stock |
| US Bancorp Investments, Inc. | c/o Kathy Dabruzzi<br>60 Livingston Avenue<br>EP-MN-WN2H<br>St. Paul, MN 55107-1419 | 2,000 shares of common stock |
| USAA Investment Management Company | Issuer Services<br>c/o ADP Proxy Services<br>51 Mercedes Way<br>Edgewood, NY 11717 | 184,113 shares of common stock |
| Wachovia Bank N.A. | c/o Victoria Stewart<br>1525 W. WT Harris Boulevard<br>Charlotte, NC 28262-8522 | 1,356 shares of common stock |

RLF1-3388400-1

| Wells Fargo Investments, LLC | c/o Chris Thompson<br>625 Marquette Avenue<br>13th Floor<br>Minneapolis, MN 55402-2308 | 21,198 shares of common stock |
| --- | --- | --- |
| William Blair & Company, L.L.C. | c/o Steve Debernardo<br>c/o ADP Proxy Services<br>51 Mercedes Way<br>Edgewood, NY 11717 | 3,000 shares of common stock |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :    Chapter 11
                                                                :
**Dayton Superior Corporation,**[1]                             :    Case No. 09-[_____]-(____)
a Delaware corporation,                                         :
                                                                :
        Debtor.                                                 :
---------------------------------------------------------------- x

### DECLARATION CONCERNING THE DEBTOR'S LIST
### OF EQUITY SECURITY HOLDERS

I, Edward J. Puisis, Chief Financial Officer of Dayton Superior Corporation, declare under penalty of perjury that I have reviewed the foregoing List of Equity Security Holders and that the information contained therein is true and correct to the best of my information and belief.

Dated:  April 17, 2009

Name:   Edward J. Puisis
Title:   Chief Financial Officer

---

[1] The last four digits of the Debtor's federal tax identification number are: EIN: 31-0676346.  The Debtor's mailing address is 7777 Washington Village Dr., Suite 130, Dayton, Ohio 45459.

NY\1522010.4