**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Dayton Superior Corporation | : | Case No. 09-11351 (BLS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtor. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **OCM Principal Opportunities Fund IV, L.P.**, c/o Oaktree Capital Management, Attn: David Quick, 333 S. Grand Ave., 28th Floor, Los Angeles, CA 90071, Phone: 213-830-6374, Fax: 213-830-6394

2. **Whippoorwill Distressed Opportunity Fund, L.P.**, c/o Whippoorwill Associates, Inc., Attn: Steven Gendal, 11 Martine Avenue, 11th Floor, White Plains, NY 10606, Phone: 914-683-1002, Fax: 914-683-1242

3. **The Bank of New York Mellon**, Attn: Donna Parisi, 6525 W. Campus Oval Road, Suite 200, New Albany, OH 43054, Phone: 614-775-5279, Fax: 614-775-5636

4. **U.S. Bank National Association,** as Trustee, Attn: Sandra Spivey, Nevada Financial Center, 2300 W. Sahara, Suite 200, Las Vegas, NV 89102, Phone: 702-251-1656, Fax: 702-251-1657

5. **Ulma Form Works Inc.**, Attn: Eugenio Pedrao, 58 5th Ave., Hawthorne, NJ 07506, Phone: 973-636-2040, Fax: 973-636-2045

6. **Alsina Forms Co. Inc**., Attn: Sergi Gelonch, 8820 Northwest 77th Court, Medley, FL 33166, Phone: 305-398-9860, Fax: 305-398-9859

7. **Keystone Steel & Wire Co.**, Attn: Bert Downing, 5430 LBJ Freeway, Suite 1740, Dallas, TX 75240, Phone: 972-450-4293, Fax: 972-448-1445


ROBERTA A. DEANGELIS
Acting United States Trustee, Region 3


  /s/ Mark S. Kenney for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: April 30, 2009

Attorney assigned to this Case: Mark S. Kenney, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: John H. Knight, Esquire, Phone: (302) 651-7700, Fax: (302) 651-7701