# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DAYTON SUPERIOR CORPORATION, a Delaware corporation,[1] | Case No. 09-11351 (BLS) |
| Debtor. | Re: Docket Nos. 12, 48 and 73 |

## STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTION TO RECONSIDER PURSUANT TO LOCAL RULE 9013-1(M)(V)

Dayton Superior Corporation (the "Debtor"), as debtor and debtor-in-possession in the above-captioned chapter 11 proceedings, and the Official Committee of Unsecured Creditors of the Debtor (the "Committee"), by their undersigned counsel, hereby stipulate and agree as follows:

## RECITALS

WHEREAS, on April 19, 2009 (the "Petition Date"), the Debtor filed for protection under chapter 11 of title 11 of the United States Code; and

WHEREAS, on April 19, 2009 the Debtor filed the *Motion of the Debtor for an Order (A) Authorizing the Debtor to (1) Pay and Honor Certain Prepetition Claims for (I) Wages, Salaries, Employee Benefits and Other Compensation, (II) Withholdings and Deductions and (III) Reimbursable Expenses; (2) Continue to Provide Employee Benefits in the Ordinary Course of Business; (3) Pay All Related Costs and Expenses; and (B) Directing Banks to Receive, Process, Honor and Pay All Checks Presented for Payment and Electronic Payment Requests Relating to the Foregoing* [Docket No. 12] (the "Wages Motion"); and

---

[1] The last four digits of the Debtor's federal tax identification number are: EIN: XX-XXX6346. The Debtor's mailing address is 7777 Washington Village Dr., Suite 130, Dayton, Ohio 45459.

WHEREAS, on April 21, 2009, the Bankruptcy Court entered an Order [Docket No. 48] (the "Wages Order") approving the Wages Motion pursuant to the terms and qualifications of the Wages Order;[2] and

WHEREAS, on April 30, 2009, the United States Trustee for the District of Delaware appointed the Committee; and

WHEREAS, pursuant to Rule 9013-1(m)(v) of the Local Rules of Bankruptcy Practice and Procedure of the United States District Court for the District of Delaware, a motion to reconsider the Wages Order may be filed within 30 days of entry of that order, by May 21, 2009 (the "Committee's Reconsideration Deadline"); and

WHEREAS, the Committee requested and the Debtor consented to provide the Committee with additional time to review certain information to be provided by the Debtor relating to the Wages Motion.

NOW, IT IS THEREFORE STIPULATED AND AGREED, by and between the Debtor and the Committee, through their undersigned counsel, that the Committee's Reconsideration Deadline is extended to and including May 28, 2009.

*[Signature Page Follows]*

---

[2] In the Wages Order, the Court set an aggregate cap of $5.3 million on all payment requested in the Wages Motion and provided that no individual person would receive more than $10,950 for any amounts requested under the Wages Motion and that no payment for Bonus Plans (as defined in the Wages Motion) or Severance obligations (as defined in the Wages Motion), would be approved until a final hearing on the Wages Motion was held.

2

Dated: May 19, 2009
      Wilmington, Delaware

| Dayton Superior Corporation, by its counsel | Official Committee of Unsecured Creditors of Dayton Superior Corporation, by its counsel |
|---|---|
| RICHARDS LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/* | */s/* |
| John H. Knight (No. 3848) | Robert J. Dehney (No. 3578) |
| Paul N. Heath (No. 3794) | Gregory W. Werkheiser (No. 3553) |
| Lee E. Kaufman (No. 4877) | Andrew R. Remming (No. 5120) |
| Andrew C. Irgens (No. 5193) | 1201 N. Market Street |
| One Rodney Square | 18th Floor |
| 920 North King Street | Wilmington, DE 19899-1347 |
| Wilmington, Delaware 19801 | Telephone: (302) 658-9200 |
| Telephone: (302) 651-7700 | Fax: (302) 658-3989 |
| Facsimile: (302) 651-7791 | |
| and | and |
| Keith A. Simon | Kristopher M. Hansen |
| Jude M. Gorman | Kenneth Pasquale |
| Joseph S. Fabiani | Erez Gilad |
| LATHAM & WATKINS LLP | Abby M. Beal |
| 885 Third Avenue Suite 1200 | STROOCK & STROOCK & LAVAN LLP |
| New York, New York 10022-4834 | 180 Maiden Lane |
| Telephone: (212) 906-1200 | New York, NY 10038 |
| Facsimile: (212) 751-4864 | Telephone: (212) 806-5400 |
| | Facsimile: (212) 806-6006 |

SO ORDERED:

Dated:   Wilmington, Delaware
       May ___, 2009

                                              THE HONORABLE BRENDAN L. SHANNON
                                              UNITED STATES BANKRUPTCY JUDGE