**EXHIBIT C**

The Reorganized Debtor's Financial Projections

| Income Statement | 2008A | Fiscal Year Ended, | | | | | |
|---|---|---|---|---|---|---|---|
| | | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P |
| Net sales | $475,870 | $316,935 | $318,078 | $342,017 | $363,177 | $404,926 | $425,172 |
| *% Growth* | | *(33.4%)* | *0.4%* | *7.5%* | *6.2%* | *11.5%* | *5.0%* |
| | | | | | | | |
| Cost of Goods Sold | $316,214 | $216,780 | $216,100 | $227,340 | $236,061 | $256,862 | $266,615 |
| Gross profit | $159,656 | $100,155 | $101,978 | $114,678 | $127,116 | $148,063 | $158,557 |
| *% Margin* | *33.6%* | *31.6%* | *32.1%* | *33.5%* | *35.0%* | *36.6%* | *37.3%* |
| | | | | | | | |
| Selling, general and administrative expenses | $109,089 | $76,195 | $74,540 | $80,150 | $82,629 | $88,961 | $91,927 |
| Stock compensation expense | 1,440 | 509 | - | - | - | - | - |
| Facility closing and severance expenses | 3,843 | 5,012 | 5,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| Loss (gain) on disposals of PP&E | (296) | 185 | - | - | - | - | - |
| Amortization of intangibles | 130 | 152 | 152 | 152 | 152 | 152 | 152 |
| Income from operations | $45,450 | $18,103 | $22,287 | $31,376 | $41,336 | $55,950 | $63,478 |
| *% Margin* | *9.6%* | *5.7%* | *7.0%* | *9.2%* | *11.4%* | *13.8%* | *14.9%* |
| | | | | | | | |
| Other expenses: | | | | | | | |
| Interest expense | $50,153 | $41,763 | $16,640 | $15,323 | $14,230 | $12,300 | $11,688 |
| Interest income | (186) | - | - | - | - | - | - |
| Financial Restructuring Expense | - | 10,411 | - | - | - | - | - |
| Chapter 11 Financial Restructuring Expense | - | 9,469 | - | - | - | - | - |
| Loss-early exting. of long-term debt / Gain on Sale | 6,247 | - | - | - | - | - | - |
| Other expense (income) | 156 | - | - | - | - | - | - |
| Loss before benefit for income taxes | ($10,921) | ($43,541) | $5,646 | $16,053 | $27,106 | $43,650 | $51,791 |
| | | | | | | | |
| Provision (benefit) for income taxes | $738 | $200 | $676 | $750 | $1,000 | $16,558 | $20,198 |
| Net income / (loss) | ($11,659) | ($43,740) | $4,970 | $15,303 | $26,106 | $27,092 | $31,592 |
| | | | | | | | |
| Income from operations | $45,450 | $18,103 | $22,287 | $31,376 | $41,336 | $55,950 | $63,478 |
| Stock compensation expense | 1,440 | 509 | - | - | - | - | - |
| Facility closing and severance expenses | 3,843 | 5,012 | 5,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| Loss (gain) on disposals of PP&E | (296) | 185 | - | - | - | - | - |
| Amortization of intangibles | 130 | 152 | 152 | 152 | 152 | 152 | 152 |
| Depreciation | 23,805 | 21,979 | 20,528 | 19,386 | 19,262 | 19,137 | 19,042 |
| EBITDA | $74,372 | $45,940 | $47,966 | $53,914 | $63,750 | $78,239 | $85,673 |
| *% Margin* | *15.6%* | *14.5%* | *15.1%* | *15.8%* | *17.6%* | *19.3%* | *20.2%* |

**EXHIBIT D**

The Reorganized Debtor's Valuation Analysis

At the request of the Debtor, Moelis & Company ("**Moelis**") performed a valuation analysis of the Reorganized Debtor.[1] The total enterprise value of the Reorganized Debtor was assumed for the purposes of the Plan by the Debtor, based on advice from Moelis, to be between approximately $265 million and $326 million as of August 4, 2009. Based upon the total enterprise value of the Reorganized Debtor's business, the Debtor has calculated a range of equity values for the Reorganized Debtor of approximately $116 million to $177 million. This analysis was based on the Reorganized Debtor's Financial Projections, attached to the Disclosure Statement as Exhibit C ("**Projections**"), as well as current market conditions and statistics and the successful approval and consummation of the Rights Offering and Plan. The values are based upon information available to, and analyses undertaken by, Moelis as of August 4, 2009. The foregoing reorganization equity value (ascribed as of the date of the Disclosure Statement) reflects, among other factors discussed below, current financial market conditions and the inherent uncertainty as to the achievement of the Projections. Notwithstanding future developments that may alter, modify or otherwise affect Moelis' conclusions, Moelis will not be obligated to update, revise or reaffirm its estimate.

The foregoing valuations are based on a number of assumptions, including the achievement of the forecasts reflected in the Projections, the amount of available cash, the outcome of certain expectations regarding market conditions and access to external financing, and the Plan becoming effective in accordance with its terms. The foregoing valuations are based on the Projections provided by the Debtor to Moelis for fiscal years 2009-2014.

Moelis assumed that the Projections prepared by the management of the Debtor were prepared in good faith and on a basis reflecting the Debtor's most accurate currently available estimates and judgments as to the future operating and financial performance of the Reorganized Debtor. Moelis' estimated total enterprise value range of the Reorganized Debtor assumes the Reorganized Debtor will achieve their Projections in all material respects, including revenue and EBITDA growth and improvements in EBITDA margins and cash flow, as projected. If the business performs at levels below those set forth in the Projections, such performance may have a materially negative impact on the total enterprise value range of the Reorganized Debtor. Conversely, if the business performs at levels above those set forth in the Projections, such performance may have a materially positive impact on the total enterprise value range of the Reorganized Debtor. The Reorganized Debtor's performance is expressly conditioned on the $100 million rights offering described in the Disclosure Statement. The Debtor's performance will be materially impacted if it is unable to consummate the Plan. Failure to consummate the Plan will have a materially negative impact on the total enterprise value range of the Reorganized Debtor.

The estimates of value represent hypothetical total enterprise values of the Reorganized Debtor as the continuing operators of its businesses and assets, and do not purport to reflect or constitute appraisals, liquidation values or estimates of the actual market value that may be realized through the sale of any securities to be issued pursuant to the Plan, which may be significantly different than the amounts set forth herein. The value of an operating business such as the Debtor's business is subject to uncertainties and contingencies that are difficult to predict and will fluctuate with changes in factors affecting the financial condition and prospects of such a business.

In preparing a range of the estimated total enterprise value of the Reorganized Debtor and the going concern value of the Debtor's business, Moelis: (i) reviewed certain historical financial information of the Debtor for recent years and interim periods; (ii) reviewed certain internal financial and operating data of the Debtor, including financial and operational forecasts developed by management relating to their business and prospects; (iii) met with certain members of senior management of the Debtor to discuss operations and future prospects; (iv) reviewed the Projections as prepared by the Debtor; (v) reviewed publicly available financial data; (vi) considered certain economic and industry information relevant to the operating business; and (vii) conducted such other analyses as Moelis deemed appropriate. Although Moelis conducted a review and analysis of the Debtor's business, operating assets and liabilities and strategic initiatives being pursued by current management, Moelis assumed and relied on the accuracy and completeness of all financial and other information furnished to it by the Debtor and on publicly available information. In addition, Moelis did not independently verify the assumptions

---

[1]  All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan of Reorganization for Dayton Superior Corporation Under Chapter 11 of the Bankruptcy Code (the "Plan").

underlying the Projections in connection with such valuation. No independent evaluations or appraisals of the Debtor's assets were sought or were obtained in connection therewith.

Moelis's estimates of value set forth herein do not constitute a recommendation to any holder of an Allowed Claim as to how such person should vote or otherwise act with respect to the Plan. Moelis has not been asked to and does not express any view as to what the trading value of the Reorganized Debtor's securities would be when issued pursuant to the Plan or the prices at which they may trade in the future. The estimates of value set forth herein do not constitute an opinion as to fairness from a financial point of view to any person of the consideration to be received by such person under the Plan or of the terms and provisions of the Plan.

*Valuation Methodologies.* In performing its analysis, Moelis used discounted cash flow, comparable public companies trading multiples and precedent M&A transactions multiples methodologies. These valuation techniques reflect both the market's current view of the Debtor's strategic plan and operations, as well as a longer-term focus on the intrinsic value of the cash flow associated with the Debtor's current strategic initiatives.

THE FOLLOWING SUMMARY DOES NOT PURPORT TO BE A COMPLETE DESCRIPTION OF THE ANALYSES AND FACTORS UNDERTAKEN TO SUPPORT MOELIS' CONCLUSIONS. THE PREPARATION OF A VALUATION IS A COMPLEX PROCESS INVOLVING VARIOUS DETERMINATIONS AS TO THE MOST APPROPRIATE ANALYSES AND FACTORS TO CONSIDER, AS WELL AS THE APPLICATION OF THOSE ANALYSES AND FACTORS UNDER THE PARTICULAR CIRCUMSTANCES. AS A RESULT, THE PROCESS INVOLVED IN PREPARING A VALUATION IS NOT READILY SUMMARIZED.

*1. Discounted Cash Flow Analysis.* The discounted cash flow ("DCF") analysis is a forward-looking enterprise valuation methodology that estimates the value of an asset or business by calculating the present value of expected future cash flows to be generated by that asset or business. The DCF approach takes into account the projected operating cash flows of the subject company by using company projections as the basis for the financial model. The underlying concept of the DCF approach is that debt-free, after-tax cash flows are estimated for a projection period and a terminal value is estimated to determine going concern value of the subject company from the end of the projection period forward. These cash flows are then discounted at an appropriate weighted average cost of capital, which is determined by referring to, among other things the average cost of debt and equity for the selected comparable companies. In this case, Moelis used the five-year projection period through fiscal year 2014.

This approach relies on the company's ability to project future cash flows with some degree of accuracy. Because the Debtor's Projections reflect significant assumptions made by the Debtor's management concerning anticipated results, the assumptions and judgments used in the Projections may or may not prove correct and, therefore, no assurance can be provided that projected results are attainable or will be realized.

*2. Comparable Company Analysis.* The comparable company valuation analysis is based on the enterprise values of publicly traded companies that have operating and financial characteristics similar to the Debtor. Under this methodology, numerous financial multiples and ratios were developed to measure each company's valuation and relative performance. Some of the specific analysis entailed comparing the enterprise value (defined as market value of equity plus book value of debt, book value of preferred stock and minority interests less cash) for each comparable company to its projected EBITDA.

A key factor to this approach is the selection of companies with relatively similar businesses and operational characteristics to the Debtor. Common criteria for selecting comparable companies for the analysis include, among other relevant characteristics, similar lines of business, business risks, growth prospects, market presence and size and scale of operations. The selection of appropriate comparable companies is often a matter of judgment and subject to limitations due to sample size and the availability of meaningful market-based information.

*3. Precedent Transactions Analysis.* The precedent M&A transaction analysis is based on the enterprise values of companies involved in public merger and acquisition transactions that have operating and financial characteristics similar to the Debtor. Under this methodology, the enterprise value of each such company is determined by an analysis of the consideration paid and the debt assumed in the merger or acquisition transaction.

The enterprise value is then applied to the target's last twelve month EBITDA prior to the transaction announcement date to calculate EBITDA multiples.

Unlike the comparable company analysis, the enterprise valuation derived using this methodology reflects a "control" premium (i.e., a premium paid to purchase a majority or controlling position in a company's assets). Thus, this methodology generally produces higher valuations than the comparable public company analysis. In addition, other factors not directly related to a company's business operations can affect a valuation based on precedent transactions, including: (a) circumstances surrounding a merger transaction may introduce "diffusive quantitative results" into the analysis (i.e., a buyer may pay an additional premium for reasons that are not solely related to competitive bidding); (b) the market environment is not identical for transactions occurring at different periods of time; (c) the sale of a discrete asset or segment may warrant a discount or premium to the sale of an entire company depending on the specific operational circumstances of the seller and acquirer; and (d) circumstances pertaining to the financial position of the company may have an impact on the resulting purchase price (i.e., a company in financial distress may receive a lower price due to perceived weakness in its bargaining leverage).

Moelis evaluated various merger and acquisition transactions that involved target companies comparable to the Debtor over the past five years. Over that time period, there were only a small number of precedent M&A transactions, and many of these transactions occurred under materially different capital market and operating conditions from those prevailing currently. In such cases, these considerations significantly reduced the relevance of the precedent M&A transaction analysis.

*Valuation Considerations.* An estimate of total enterprise value is not entirely mathematical, but rather it involves complex considerations and judgments concerning various factors that could affect the value of an operating business. Moreover, the value of an operating business is subject to uncertainties and contingencies that are difficult to predict and will fluctuate with changes in factors affecting the financial conditions and prospects of such a business. As a result, the estimate of total enterprise value set forth herein is not necessarily indicative of actual outcomes, which may be significantly more or less favorable than those set forth herein. Because such estimates are inherently subject to uncertainties, none of the Debtor, Moelis or any other person assumes responsibility for their accuracy. Depending on the results of the Debtor's operations or changes in the financial markets, Moelis' valuation analysis as of the Effective Date may differ from that disclosed herein. In addition, the valuation of newly issued interests is subject to additional uncertainties and contingencies, all of which are difficult to predict. Actual market prices of such securities at issuance will depend upon, among other things, prevailing interest rates, conditions in the financial markets, the anticipated initial securities holdings of prepetition creditors, some of which may prefer to liquidate their investment rather than hold it on a long-term basis, and other factors that generally influence the prices of securities. Actual market prices of such securities also may be affected by the Debtor's history in chapter 11, conditions affecting the Debtor's competitors or the industry generally in which the Debtor participates or by other factors not possible to predict. Accordingly, the total enterprise value estimated by Moelis does not necessarily reflect, and should not be construed as reflecting, values that will be attained in the public or private markets. The value ascribed in the analysis does not purport to be an estimate of the post reorganization market trading value. Such trading value may be materially different from the total enterprise value ranges associated with Moelis' valuation analysis. Indeed, there can be no assurance that a trading market will develop for the new interests issued pursuant to the reorganization.

**EXHIBIT E**

Liquidation Analysis

**LIQUIDATION ANALYSIS**

Dayton Superior Corporation (the "Debtor") believes that the Plan of Reorganization (the "Plan") meets the "best interest of creditors" test of section 1129(a)(7) of the Bankruptcy Code. The Debtor believes that the members of each impaired class will receive under the Plan at least as much as they would if the Debtor was liquidated under chapter 7 of the Bankruptcy Code. The analysis is summarized below.

This Liquidation Analysis reflects the estimated cash proceeds, net of liquidation-related costs, which would be realized if the Debtor were to be liquidated in accordance with chapter 7 of the Bankruptcy Code. Underlying this Liquidation Analysis are a number of estimates and assumptions that, although developed and considered reasonable by the Debtor's management, are inherently subject to significant business, economic and competitive uncertainties and contingencies beyond the control of the Debtor and its management, and upon assumptions with respect to the liquidation decisions that could be subject to change. Also, the analysis uses financial information for the Debtor which is assumed to provide a reasonable estimate in a liquidation scenario. **ACCORDINGLY, THERE CAN BE NO ASSURANCE THAT THE VALUES REFLECTED IN THE LIQUIDATION ANALYSIS WOULD BE REALIZED IF THE DEBTOR WERE, IN FACT, TO UNDERGO SUCH A LIQUIDATION, AND ACTUAL RESULTS COULD VARY MATERIALLY FROM THOSE SHOWN HERE.**

The Liquidation Analysis was prepared by Dayton Superior's management, based on the Debtor's balance sheet as of May 29, 2009. It is also assumed that the liquidation of the Debtor would commence under the direction of a Court-appointed trustee and continue for 6 months, during which time all of the Debtor's major assets would either be sold or conveyed to the respective lien holders, and the cash proceeds, net of liquidation-related costs, would then be distributed to creditors. Although some assets might be liquidated in less than 6 months, other assets would be more difficult to collect or sell, thus requiring a liquidation period substantially longer than 6 months. The liquidation period would allow for the collection of receivables, sale of assets and wind-down of daily operations. For certain assets, estimates of the liquidation proceeds were made for each asset individually. For other assets, liquidation values were assessed for general classes of assets by estimating the percentage recoveries that a trustee might achieve through their disposition. This Liquidation Analysis assumes that liquidation proceeds would be distributed in accordance with section 726 of the Bankruptcy Code.

The Liquidation Analysis necessarily contains an estimate of the amount of Claims that ultimately will become Allowed Claims. Estimates for various classes of Claims are based solely upon the Debtor's review of its books and records. No order or finding has been entered by the Court estimating or otherwise fixing the amount of Claims at the projected levels set forth in this Liquidation Analysis. In preparing this Liquidation Analysis, the Debtor has projected amounts of Claims that are consistent with the estimated Claims reflected in the Plan with certain modifications as specifically discussed herein.

Liquidation would likely prompt certain other events to occur, including the rejection of remaining executory contracts and unexpired leases not otherwise assumed. Such events would likely create a larger number of unsecured creditors and would subject the chapter 7 estate to additional Claims for the rejection of those contracts and leases under the Bankruptcy Code. Such Claims would also increase the aggregate amount of unsecured Claims against the Debtor, perhaps materially, and would dilute any potential recoveries to holders of other unsecured Claims. No attempt has been made to estimate additional unsecured Claims that may result from such events.

The Liquidation Analysis assumes that there will be no proceeds from recoveries of any potential preferences, fraudulent conveyances or other causes of action. The Liquidation Analysis also assumes that there will be no priority Claims (other than the costs of liquidation and trustee and professional fees) and no Claims under section 510(b) of the Bankruptcy Code and, thus, does not include the effect of any such Claims.

| | Notes | Est. Value 05/29/09 | Estimated Recovery Low Case | Estimated Recovery High Case | Estimated Liquidation Low Value | Estimated Liquidation High Value |
|---|---|---|---|---|---|---|
| **Assets:** | | | | | | |
| **Current Assets:** | | | | | | |
| Cash and Cash Equivalents | A | $0.8 | 100.0% | 100.0% | $0.8 | $0.8 |
| Accounts Receivable, Net | B | 47.1 | 55.0% | 65.0% | 25.9 | 30.6 |
| Inventory, Net | C | 58.4 | 35.0% | 50.0% | 20.4 | 29.2 |
| Current Notes Receivable | D | 1.7 | 20.0% | 30.0% | 0.3 | 0.5 |
| Prepaid Expenses and Other Current Assets | E | 5.9 | 25.0% | 50.0% | 1.5 | 3.0 |
| Prepaid Income Taxes | | 0.4 | 0.0% | 0.0% | -- | -- |
| Deferred Tax Asset | | 2.1 | 0.0% | 0.0% | -- | -- |
| Subtotal | | $116.4 | | | $49.0 | $64.1 |
| **Non-Current Assets:** | | | | | | |
| Net Rental Equipment | F | 61.5 | 85.0% | 100.0% | 52.3 | 61.5 |
| Net Property, Plant & Equipment | G | 54.5 | 10.0% | 40.0% | 5.5 | 21.8 |
| Notes Receivable | | 1.6 | 0.0% | 0.0% | -- | -- |
| Other Long-Term Assets | | 47.4 | 0.0% | 0.0% | -- | -- |
| Subtotal | | $165.0 | | | $57.7 | $83.3 |

**Total Estimated Proceeds from Liquidation of All Assets before Expenses**   $106.7   $147.4

| | Notes | | | | | |
|---|---|---|---|---|---|---|
| Estimated Costs Associated with Liquidation | | | | | | |
| Operating Costs Associated with Wind-Down [1] | H | | | | 13.4 | 12.7 |
| Restructuring-Related Transaction Costs [2] | H | | | | 4.2 | 4.9 |
| Total Estimated Costs Associated with Liquidation | | | | | 17.6 | 17.6 |

**Estimated Proceeds, Net of Expenses**

| | | | | | Low Value | High Value |
|---|---|---|---|---|---|---|
| **Current Assets:** | | | | | | |
| Cash and Cash Equivalents | | | | | $0.7 | $0.7 |
| Accounts Receivable, Net | | | | | 21.6 | 27.0 |
| Inventory, Net | | | | | 17.1 | 25.7 |
| Current Notes Receivable | | | | | 0.3 | 0.4 |
| Prepaid Expenses and Other Current Assets | | | | | 1.2 | 2.6 |
| Prepaid Income Taxes | | | | | -- | -- |
| Deferred Tax Asset | | | | | -- | -- |
| Subtotal | | | | | $40.9 | $56.4 |
| **Non-Current Assets:** | | | | | | |
| Net Rental Equipment | | | | | 43.7 | 54.1 |
| Net Property, Plant & Equipment | | | | | 4.6 | 19.2 |
| Deferred Tax Liability | | | | | -- | -- |
| Other Long-Term Assets | | | | | -- | -- |
| Subtotal | | | | | $48.2 | $73.3 |

**Net Estimated Liquidation Proceeds from All Assets After Expense Allocation**   $89.1   $129.8

| Estimated Secured Claims as of May 29, 2009 | Notes | Claim Amount | | | Estimated Recovery Low Value | Estimated Recovery High Value |
|---|---|---|---|---|---|---|
| DIP Financing | | $106.0 | | | $83.1 | $106.0 |
| *Implied Recovery %* | | | | | *78.3%* | *100.0%* |
| Term Loan | | 105.0 | | | $6.1 | $23.8 |
| *Implied Recovery %* | | | | | *5.8%* | *22.6%* |
| **Total Secured Debt** | | $211.0 | | | $89.1 | $129.8 |
| Senior Notes | | 161.6 | | | $0.0 | $0.0 |
| *Implied Recovery %* | | | | | *0.0%* | *0.0%* |
| **Total Unsecured Creditors** | | $161.6 | | | $0.0 | $0.0 |
| **Residual Value Available for Other Unsecured Claims** | | | | | | |
| Accounts Payable | | 18.7 | | | 0.0 | 0.0 |
| Accrued Compensation and Benefits | | 9.4 | | | 0.0 | 0.0 |
| Accrued Expenses | | 11.2 | | | 0.0 | 0.0 |
| Other Long-Term Liabilities | | 14.1 | | | 0.0 | 0.0 |
| **Total Unsecured Claims** | | $53.4 | | | $0.0 | $0.0 |
| *Implied Recovery %* | | | | | *0.0%* | *0.0%* |

**Residual Value Available for Equity Interests**

| Total Implied Recoveries: | | | | | | |
|---|---|---|---|---|---|---|
| Secured Debt | | | | | 42.2% | 61.5% |
| Unsecured Notes | | | | | 0.0% | 0.0% |
| Unsecured Claims | | | | | 0.0% | 0.0% |

## FOOTNOTES TO LIQUIDATION ANALYSIS

A summary of the assumptions used by the Debtor's management in preparing the liquidation analysis is set forth below. The book values used in this Liquidation Analysis are the Debtor's balances as of May 29, 2009 and are assumed to be representative of the Debtor's assets and liabilities as of September 2009.

### Note A – Cash and Cash Equivalents

The Liquidation Analysis assumes that operations during the liquidation period would not generate additional cash available for distribution except for net proceeds from the disposition of non-cash assets. The analysis assumes 100% of cash will be recovered.

### Note B – Accounts Receivable

The Debtor typically bills at the time of an order which reduces the lag in collecting receivables. The Debtor does not partake in project billing so the liquidation value for the accounts receivable is solely based on estimated collections of each aging category. A range of 5% to 90% was assumed for collections ranging from receivables over 150 days past due to the most current receivables. Any receivable balance greater than 150 days was deemed to be uncollectable. The average of all percentages applied to the various receivables resulted in an overall low recovery of 55% and a high recovery of 65%.

### Note C – Inventory

The estimated liquidation value for inventory is based on dividing inventory into four separate categories depending on turnover within each category. Each category of inventory was assigned a percentage recovery depending on its relative turnover. The percentage recoveries by category were used to determine a weighted average of the estimated total recovery and a low and high recovery value for inventory. The estimated range of recoveries on inventory is 35% to 50%.

### Note D – Current Notes Receivable

The liquidation value for notes receivable was determined by taking the remaining payments due on the notes for the next six and twelve months and applying a percentage recovery based on the probability these amounts will be recovered. The estimated range of recoveries on current notes receivable is 20% to 30%.

### Note E – Prepaid Expenses and Other Current Assets

Prepaid Expenses and Other Current Assets mainly consist of deposits to vendors. The recoverability of these deposits is discounted based on the assumption that not all outstanding payables to vendors will have been paid in full at the time of liquidation. These vendors will in all likelihood not return the deposits provided by the Debtor prior to the liquidation, reducing the collectability of these assets. The estimated range of recoveries on prepaid expenses and other current assets is approximately 25% to 50%.

**Note F – Net Rental Equipment**

The Debtor assumes recovery values for net rental equipment based on a valuation determined by its standard cost. The standard cost of the net rental equipment is approximately $175 million. On average, 50% of the fleet of net rental equipment is on rent at a project at any given time. The remaining fleet of rental equipment is either surplus capacity forms or low usage, obsolete forms. In the low case, the forms on rent would recover 50% of their standard cost value as it is assumed these forms would be sold to those currently renting them. The surplus capacity forms would recover 20% of their standard cost value as they would have to be sold in the open market while the low usage, obsolete forms would recover 0% of their standard cost value. In the high case, rental equipment currently in use would recover 50% of their standard cost value as it is assumed these forms would be sold to those currently renting them. In this same scenario, it is assumed that the surplus capacity forms would recover 30% of their standard cost value as they would have to be sold in the open market while the excess, obsolete forms would recover 10% of their standard cost value. These assumptions result in a blended recovery rate on the net rental equipment of 85% to 100%.

**Note G – Net Property, Plant & Equipment**

The estimated liquidation values for equipment and machinery was based on historical experience selling similar equipment but was discounted due for the fact that it would be sold through liquidation. Equipment and machinery is anticipated to have a low recovery of approximately 10% and a high recovery of approximately 40%. Total property recovery value was deemed immaterial based on past sale leaseback considerations and the difficulty in obtaining leases for these properties.

**Note H – Costs Associated with Liquidation**

In order to successfully complete an orderly liquidation, it was assumed that $12.7 - $13.4 million would need to be spent on costs related to winding down the affairs of the business including the amount necessary for staff that may be required to oversee the orderly administration of court orders.

Additionally, there would be fees for a Chapter 7 Trustee in accordance with Section 326 of the Bankruptcy Code plus fees for other professionals required to assist in the liquidation. Trustee fees are estimated based on historical experiences in other similar cases and are calculated at 3.0% of the total cash generated from non-cash assets. Trustee fees are calculated based on all moneys disbursed or turned over in the case by the trustee to parties in interest, excluding the Debtor, but including holders of Secured claims. Based upon the low value estimated recovery of $106.7 million the Trustee's commission would be $3.2 million. At the High value estimate of $147.4 million the Trustee's commissions would be $4.4 million. Other professional fees are estimated based on historical experience in other similar cases and are estimated between $500,000 and $1 million. The other professional fees include legal and accounting fees incurred by the trustee's professionals incurred during the liquidation period.

**EXHIBIT F**

Historical Financial Statements[3]

---

[3] These Historical Financial Statements were taken from the Form 10-K filed by the Debtor with the Commission on or about March 31, 2009. The notes accompanying such Historical Financial Statements in the Form 10-K are an integral part of the following consolidated statements and should be reviewed in their entirety.

## Dayton Superior Corporation and Subsidiary

### Consolidated Statements of Operations
### Years Ended December 31

|  | 2008 | 2007 | 2006 |
|---|---:|---:|---:|
|  | ($ and shares in thousands, except per share amounts) | | |
| Product sales | $399,929 | $398,404 | $388,100 |
| Rental revenue | 57,454 | 59,671 | 62,769 |
| Used rental equipment sales | 18,488 | 24,883 | 28,441 |
| Net sales | 475,871 | 482,958 | 479,310 |
| Product cost of sales | 281,929 | 292,946 | 296,351 |
| Rental cost of sales | 32,145 | 33,295 | 36,845 |
| Used rental equipment cost of sales | 2,507 | 4,951 | 7,706 |
| Cost of sales | 316,581 | 331,192 | 340,902 |
| Product gross profit | 118,000 | 105,458 | 91,749 |
| Rental gross profit | 25,309 | 26,376 | 25,924 |
| Used rental equipment gross profit | 15,981 | 19,932 | 20,735 |
| Gross profit | 159,290 | 151,766 | 138,408 |
| Selling, general and administrative expenses | 110,659 | 106,882 | 106,453 |
| Facility closing and severance expenses | 3,843 | 1,753 | 423 |
| Loss (gain) on disposals of property, plant and equipment | (296) | 560 | (1,504) |
| Income from operations | 45,084 | 42,571 | 33,036 |
| Other expenses | | | |
| Interest expense | 50,229 | 47,019 | 49,983 |
| Interest income | (260) | (493) | 113 |
| Loss on extinguishment of long-term debt | 6,224 | — | — |
| Other expense | 219 | 2,300 | 555 |
| Loss before provision for income taxes | (11,328) | (6,255) | (17,615) |
| Provision for income taxes | 620 | 437 | 394 |
| Net loss | $(11,948) | $(6,692) | $(18,009) |
| Basic net loss per common share | $ (0.64) | $ (0.37) | $ (1.76) |
| Weighted average number of common shares outstanding | 18,564 | 18,284 | 10,225 |
| Diluted net loss per common share | $ (0.64) | $ (0.37) | $ (1.76) |
| Weighted average number of common shares and equivalents outstanding | 18,564 | 18,284 | 10,225 |

## Dayton Superior Corporation and Subsidiary

### Consolidated Balance Sheets
### As of December 31

|  | 2008 | 2007 |
|---|---:|---:|
|  | ($ in thousands, except per share amounts) ||

### ASSETS

| | 2008 | 2007 |
|---|---:|---:|
| **Current assets:** | | |
| Cash and cash equivalents | $ 398 | $ 3,381 |
| Accounts receivable, net of reserves for doubtful accounts and sales returns and allowances of $4,536 and $4,447 | 58,435 | 68,593 |
| Inventories | 66,732 | 66,740 |
| Prepaid expenses and other current assets | 7,551 | 5,718 |
| Prepaid income taxes | — | 740 |
| Total current assets | 133,116 | 145,172 |
| Rental equipment, net of accumulated depreciation of $69,923 and $67,276 | 63,426 | 67,640 |
| **Property, plant and equipment** | | |
| Land and improvements | 1,655 | 2,020 |
| Buildings and leasehold improvements | 22,253 | 18,391 |
| Machinery and equipment | 90,452 | 94,943 |
| | 114,360 | 115,354 |
| Less accumulated depreciation | (59,250) | (58,542) |
| Net property, plant and equipment | 55,110 | 56,812 |
| Goodwill | 43,643 | 43,643 |
| Other assets | 4,792 | 3,986 |
| Total assets | $ 300,087 | $ 317,253 |

### LIABILITIES AND STOCKHOLDERS' DEFICIT

| | 2008 | 2007 |
|---|---:|---:|
| **Current liabilities:** | | |
| Revolving credit facility | $ 84,846 | $ — |
| Current portion of long-term debt | 252,987 | 8,990 |
| Accounts payable | 24,093 | 39,204 |
| Accrued compensation and benefits | 15,862 | 15,456 |
| Accrued interest | 3,016 | 6,193 |
| Accrued freight | 2,924 | 4,065 |
| Other accrued liabilities | 8,428 | 9,219 |
| Total current liabilities | 392,156 | 83,127 |
| Other long-term debt, net of current portion | 61 | 315,607 |
| Other long-term liabilities | 14,148 | 8,162 |
| Total liabilities | 406,365 | 406,896 |
| Commitments and contingencies (Note 8) | | |
| Stockholders' deficit Common stock; $0.01 par value; 100,000,000 shares authorized; 19,070,697 (251,492 unvested) and 19,066,212 (502,982 unvested) outstanding | 191 | 191 |
| Additional paid-in capital | 208,621 | 207,181 |
| Loans to stockholders | (1,119) | (1,085) |
| Accumulated other comprehensive loss | (6,711) | (618) |
| Accumulated deficit | (307,260) | (295,312) |
| Total stockholders' deficit | (106,278) | (89,643) |
| Total liabilities and stockholders' deficit | $ 300,087 | $ 317,253 |

## Dayton Superior Corporation and Subsidiary

### Consolidated Statements of Cash Flows
### Years Ended December 31

|  | 2008 | 2007 | 2006 |
|---|---:|---:|---:|
|  | ($ in thousands) | | |
| **Cash Flows From Operating Activities:** | | | |
| Net loss | $ (11,948) | $ (6,692) | $ (18,009) |
| Adjustments to reconcile net loss to net cash provided by (used in) operating activities: | | | |
| Depreciation | 23,824 | 25,106 | 25,919 |
| Amortization of intangibles | 129 | 247 | 560 |
| Provision for accounts receivable reserve | 4,657 | 3,023 | 3,712 |
| Loss on extinguishment of long-term debt | 6,224 | — | — |
| Stock compensation expense | 1,440 | 2,779 | 2,249 |
| Deferred income taxes | (102) | (9) | (315) |
| Amortization of deferred financing costs and debt discount | 12,676 | 7,021 | 5,680 |
| Amortization of deferred gain from sale-leaseback | (777) | (1,624) | (3,021) |
| Gain on sales of used rental equipment | (15,981) | (19,932) | (20,735) |
| (Gain) loss on disposals of property, plant, and equipment | (120) | 1,050 | 435 |
| Change in assets and liabilities: | | | |
| Accounts receivable | 860 | 471 | (8,258) |
| Inventories | (381) | (8,142) | (1,024) |
| Prepaid expenses and other assets | 20 | 220 | (581) |
| Prepaid income taxes | — | (415) | 226 |
| Accounts payable | (12,700) | (125) | 9,576 |
| Accrued liabilities and other long-term liabilities | (4,640) | (4,153) | 7,336 |
| Net cash provided by (used in) operating activities | 3,181 | (1,175) | 3,750 |
| **Cash Flows From Investing Activities:** | | | |
| Property, plant and equipment additions | (12,309) | (19,943) | (13,237) |
| Proceeds from sale of property, plant, and equipment | 1,506 | 38 | 21 |
| Rental equipment additions | (12,592) | (25,230) | (21,535) |
| Proceeds from sales of used rental equipment | 22,997 | 23,715 | 23,532 |
| Net cash used in investing activities | (398) | (21,420) | (11,219) |
| **Cash Flows From Financing Activities:** | | | |
| Repayments of long-term debt, including revolving credit facility | (323,921) | (108,767) | (190,608) |
| Issuance of long-term debt, including revolving credit facility | 328,437 | 106,449 | 139,028 |
| Financing costs incurred | (5,253) | (712) | (1,272) |
| Issuance of common stock, net of issuance costs | — | 791 | 87,009 |
| Prepayment premium on redemption of long term-debt | (4,641) | — | — |
| Change in loans to stockholders | (34) | 1,183 | 180 |
| Net cash provided by (used in) financing activities | (5,412) | (1,056) | 34,337 |
| Effect of Exchange Rate Changes on Cash | (354) | 219 | (55) |
| Net increase (decrease) in cash and cash equivalents | (2,983) | (23,432) | 26,813 |
| Cash and cash equivalents, beginning of year | 3,381 | 26,813 | — |
| Cash and cash equivalents, end of year | $ 398 | $ 3,381 | $ 26,813 |
| **Supplemental Disclosures:** | | | |
| Cash paid for income taxes | $ 304 | $ 568 | $ 341 |
| Cash paid for interest | 40,730 | 39,546 | 44,771 |
| Purchase of equipment on capital lease | 24 | — | 917 |
| Property, plant and equipment and rental equipment additions in accounts payable | 756 | 3,710 | 2,762 |
| Financing cost additions in accounts payable | 669 | 71 | 736 |
| Common share issuance costs in accounts payable | — | — | 2,012 |
| Sales of used rental equipment in accounts and notes receivable | 7,943 | 12,451 | 11,283 |